May 30, 2008

Mr. Brad M. LaMorgese
McCurley, Orsinger, McCurley, Nelson & Downing
5950 Sherry Lane, 8th Floor
Dallas, TX 75225

Honorable E. Lee Gabriel
367th District Court
1450 E. McKinney St., Ste. 3426
Denton, TX 76209-4524
Mr. Stephen W. Shoultz
Law Offices of Stephen W. Shoultz
900 Jackson Street, Suite 750, LB#7
Dallas, TX 75202-4425

Mr. G. David Heiman
Attorney at Law
401 E. Corporate Dr., Ste. 100
Lewisville, TX 75067

RE: Case Number: 07-0919
 Court of Appeals Number: 02-07-00348-CV
 Trial Court Number: 2001-50883-367

Style: IN RE REZA ZANDI

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Sherri |
| |Adelstein |
| |Ms. Stephanie |
| |Robinson |
| |Mr. Benny Parkey |
| |Mr. Hardy F. Burke |